# ELECTRONIC RECORD

**1268-14**

COA #    07-13-00147-CR                    OFFENSE:  0.06

STYLE:  The State of Texas v. Gerald Barrow          COUNTY:  Hale

COA DISPOSITION:  Reverse and Render, with Concurring and Dissenting Opinions          TRIAL COURT:  County Court

DATE: 07/16/2014          Publish: NO    TC CASE #:  2012C-427

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    The State of Texas v. Gerald Barrow          CCA #:  **1268-14**

**APPELLEE'S**          Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ *refused*          JUDGE: _____

DATE: *Feb. 4, 2015*          SIGNED: _____          PC: _____

JUDGE: *PC*          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD